

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00144-CR

| | | |
|---|---|---|
| THOMAS EDWARD DEMOPOULOS, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR15115) |
| v. | § | August 8, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $340 award of court costs and to strike the incorporated order to withdraw $10,340 in funds. We further modify the bill of costs to delete the $10,000 "Criminal Fine Fee" and to reflect a balance due of $0. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
         Justice Dabney Bassel